■ In the Matter of HARVEY MYERSON, a Suspended Attorney. [615 NYS2d 271] —Respondent is directed to notify petitioner in writing of his release from the custody of the United States Correctional Institution, as indicated. Concur—Rosenberger, J. P., Ellerin, Wallach and Rubin, JJ.